1 Name: John A. Geringer
2 Address: P.O. Box 67419
   Scotts Valley, CA 95067
3 Phone Number: 831-247-7187
4 E-mail Address: john@geringerluckrode.com
5 *Pro Se*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | Case Number: CV 12 2663 LHK |
| Plaintiff, | **MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| vs. | |
| GLR CAPITAL MANAGEMENT, LLC, GLR ADIVSORS, LLC, and JOHN GERINGER | Judge Lucy H. Koh |
| Defendant. | |

As the (*Plaintiff/Defendant*) Defendant _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 7/16/12          Signature: [signed]

| | |
|---|---|
| 1 | Name: John A. Geringer |
| 2 | Address: P.O. Box 67419 |
| 3 | Scotts Valley, CA 95067 |
|   | Phone Number: 831-247-7187 |
| 4 | E-mail Address: john@geringerluckrode.com |
| 5 | Pro Se |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | ) | Case Number: CV 12 2663 LHK |
|  | ) | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| Plaintiff, | ) |  |
| vs. | ) | DATE: |
| GLR CAPITAL MANAGEMENT, LLC GLR ADIVSORS, LLC, and JOHN GERINGER | ) | TIME: COURTROOM: JUDGE: |
| Defendant. | ) |  |

The Court has considered Defendant John A. Geringer's unopposed Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: August 6, 2012

*Lucy H. Koh*

United States District/~~Magistrate~~ Judge