1  MARC J. FAGEL (Cal. Bar No. 154425)
   SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
2    ocallaghans@sec.gov
   ROBERT J. DURHAM (Admitted to the New York Bar)
3    durhamr@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2800
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   SECURITIES AND EXCHANGE COMMISSION,      | Case No. CV12-2663 (LHK)
13
                Plaintiff,
14                                          | STIPULATION TO CONTINUE
         vs.                                | CASE MANAGEMENT
15                                          | CONFERENCE AND TO EXTEND
   GLR CAPITAL MANAGEMENT, LLC, GLR         | TIME TO ANSWER COMPLAINT
16 ADVISORS, LLC, GERINGER, LUCK & RODE LLC,| AS TO DEFENDANTS GLR
   and JOHN A. GERINGER                     | CAPITAL MANAGEMENT, LLC;
17                                          | GLR ADVISORS, LLC;
                Defendants                  | JOHN A. GERINGER; AND
18                                          | RELIEF DEFENDANT GLR
         and                                | GROWTH FUND, L.P.
19
   GLR GROWTH FUND, L.P.,                   | As Amended by the Court
20              Relief Defendant.
                                            | Case Management Conference: Sept. 5,
21                                          | 2012

22

23

24

25

26

27

28

WHEREAS Defendants GLR Capital Management, LLC, GLR Advisors, LLC, John A. Geringer, and Relief Defendant GLR Growth Fund, L.P. (together, the "Stipulating Defendants"), all currently unrepresented by counsel, are attempting to retain counsel to represent them in this litigation;

WHEREAS Stipulating Defendants would like to have the assistance of counsel at the initial case management conference held in this litigation;

WHEREAS Stipulating Defendants would like to have the assistance of counsel to respond to the complaint;

WHEREAS the current date for the Stipulating Defendants to respond to the Complaint is July 30, 2012;

WHEREAS Stipulating Defendants have requested a second extension of time to respond to the Complaint filed May 24, 2012 in this action;

THEREFORE, the Commission and Stipulating Defendants stipulate and agree, and ask the Court to adopt as its order the following:

The case management conference currently set for September 5, 2012 at 2:00 p.m. is hereby continued to November 7, 2012 at 2:00 p.m.

The parties' joint case management conference statements shall be filed on or before October 31, 2012.

The parties' last day to meet and confer re initial disclosures, early settlement, and discovery plan, and the deadline for the ADR processes is continued to October 17, 2012.

The Stipulating Defendants' time to answer the Complaint is extended to October 1, 2012.

IT IS SO STIPULATED.

Dated: July 30, 2012

_____
Robert J. Durham
Attorney for Plaintiff
Securities and Exchange Commission

Dated: ~~July~~ Aug 1, 2012

_____
John A. Geringer

Dated: ~~July~~ Aug 1, 2012

_____
John A. Geringer
GLR Advisors, LLC

Dated: July ___, 2012

_____
GLR Capital Management, LLC

Dated: July ___, 2012

_____
GLR Growth Fund, L.P. by its General Partner,
GLR Capital Management, LLC

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the case management conference is continued until November 7, 2012 at 2:00 p.m. The parties' joint case management conference statements shall be filed on or before October 31, 2012. The parties' last day to meet and confer re initial disclosures, early settlement, and discovery plan, and the deadline for the ADR processes is continued to October 17, 2012. Stipulating Defendants' time to answer the Complaint is continued to October 1, 2012.

IT IS SO ORERED.

DATED: _____, 2012

_____
Lucy H. Koh
United States District Judge

1 | Dated: July ___, 2012

2 | _____
  | John A. Geringer

3 | Dated: July ___, 2012

4 |

5 | _____
  | John A. Geringer
6 | GLR Advisors, LLC

7 | Dated: July 31, 2012

8 | _____
  | GLR Capital Management, LLC

9 | Dated: July 31, 2012

10 | _____
11 | GLR Growth Fund, L.P. by its General Partner,
   | GLR Capital Management, LLC

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the case management conference is continued until November 7, 2012 at 2:00 p.m. The parties' joint case management conference statements shall be filed on or before October 31, 2012. The parties' last day to meet and confer re initial disclosures, early settlement, and discovery plan, and the deadline for the ADR processes is continued to October 17, 2012. Stipulating Defendants' time to answer the Complaint is continued to October 1, 2012. No further extensions for responses to Complaint and case management conference will be granted.

IT IS SO ORDERED.

DATED: ____August 6____, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

CV12-2663 (LHK)