John A. Geringer
P.O. Box 67419
Scotts Valley, CA  95067
Telephone: (831) 247-7187
Facsimile: (831) 429-5161

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLR CAPITAL MANAGEMENT, LLC, GLR ) <br> ADVISORS, LLC, GERINGER, LUCK & RODE, ) <br> LLC and JOHN A. GERINGER ) <br> ) <br> Defendants ) <br> ) <br> GLR GROWTH FUND, L.P., ) <br> ) <br> Relief Defendant ) | Case No.: CV12-2663 (LHK) <br><br> RESPONSE TO SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT AS TO DEFENDANTS GLR CAPITAL MANAGEMENT, LLC GLR ADVISORS, LLC, JOHN A. GERINGER AND RELIEF DEFENDANT GLR GROWTH FUND, L.P. |

1.   Defendant GLR Capital Management, LLC, GLR Advisors, LLC, Geringer, Luck & Rode, LLC, and John A. Geringer ("Defendant") acknowledges having been served with the complaint in this action and acknowledges the Court's jurisdiction over Defendant and over the subject matter of this action.

2. Defendant has enter into settlement discussions with the Securities and Exchange Comission ("Plaintiff') in regards to the filed complaint.

Dated:  October 1, 2012                                    Respectfully submitted,

                                                                              /S/ John A. Geringer
                                                                           ------------------------------------
                                                                           John A. Geringer
                                                                           Pro Se