MARC J. FAGEL (Cal. Bar No. 154425)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-12-2663-LHK |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GERINGER, LUCK & RODE LLC** |
| GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, GERINGER, LUCK & RODE LLC, and JOHN A. GERINGER | |
| Defendants | |
| and | |
| GLR GROWTH FUND, L.P., | |
| Relief Defendant. | |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Securities and Exchange
2   Commission ("Commission") hereby voluntarily dismisses its action against defendant Geringer,
3   Luck & Rode LLC ("GLR LLC").  Federal Rule of Civil Procedure 41(a)(1) permits a plaintiff to
4   dismiss claims voluntarily where the opposing party, such as the defendant GLR LLC here, has not
5   filed an answer or summary judgment motion with the Court.

6   The Commission brought the above-titled action against defendants GLR Capital
7   Management, LLC, GLR Advisors, LLC, John A. Geringer and GLR LLC and against relief
8   defendant GLR Growth Fund. L.P. on May 24, 2012.  Before the Commission filed its Complaint,
9   GLR LLC filed a Certificate of Cancellation with the California Secretary of State.  GLR LLC has
10  not retained counsel nor has it filed a responsive pleading to the Commission's Complaint.

11  On November 7, 2012, the Court held an initial case management conference and directed the
12  Commission to file its request for dismissal of defendant GLR LLC by December 28, 2012 (Dkt. 43).
13  In light of GLR LLC's dissolution, the Commission hereby dismisses its claim against GLR LLC,
14  pursuant to Federal Rule of Civil Procedure 41(a)(1).

15  Dated:  December 21, 2012                    Respectfully submitted,

17                                                /s/ *Robert J. Durham*
                                                  Robert J. Durham
18                                                Attorney for Plaintiff
                                                  SECURITIES AND EXCHANGE COMMISSION