| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, GERINGER, LUCK & RODE LLC, and JOHN A. GERINGER<br><br>    Defendants<br><br>    and<br><br>GLR GROWTH FUND, L.P.,<br><br>    Relief Defendant. | Case No. CV-12-2663-LHK<br><br>**ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

1   Having considered the motion of the plaintiff Securities and Exchange Commission for leave
2   to file an Amended Complaint, and the proposed additional defendants' failure to respond, the Court
3   hereby GRANTS the motion.
4   It is ORDERED that the plaintiff Securities and Exchange Commission's Amended
5   Complaint in the form attached to its motion shall be filed.
6   It is FURTHER ORDERED that the defendants Christopher A. Luck and Keith E. Rode shall
7   file any response to the Amended Complaint within 14 days after entry of this Order.

10  IT IS SO ORDERED.

12  Dated:  January 22, 2013

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE