1 | Name: Keith E. Rode
2 | Address: 7163 South Cambridge Drive
Franklin, WI 53132
3 | Phone Number: 414-526-9489
4 | E-mail Address: keitherode@gmail.com
5 | Pro Se

RECEIVED
FEB - 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission ) Case Number: 12-CV-2663 (LHK)
)
) [PROPOSED] ORDER GRANTING
) MOTION FOR PERMISSION FOR
Plaintiff, ) ELECTRONIC CASE FILING
)
vs. ) DATE:
) TIME:
GLR Capital Management, LLC, GLR ) COURTROOM: Courtroom 8, 4th Floor
Advisors, LLC, John A. Geringer, ) JUDGE: Hon. Lucy H. Koh
Christopher A. Luck and Keith E. Rode )
Defendant. )

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: February 11, 2013

*Lucy H. Koh*

United States District/~~Magistrate~~ Judge