UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, JOHN A. GERINGER, CHRISTOPHER A. LUCK, and KEITH E. RODE<br><br>　　　　Defendants<br><br>　　and<br><br>GLR GROWTH FUND, L.P.,<br><br>　　　　Relief Defendant. | Case No. CV-12-2663-LHK<br><br>**ORDER FOR DEFENDANT KEITH E. RODE TO FILE CASE MANAGEMENT CONFERENCE STATEMENT** |

　　　　Pursuant to Civil Local Rule 16-10 of the United States District Court for the Northern District of California, the Court hereby ORDERS Defendant Keith E. Rode to file a case management conference statement by 9:00 a.m. on February 13, 2013.

**IT IS SO ORDERED.**

Dated:  February 12, 2013

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE