MARC J. FAGEL (Cal. Bar No. 154425)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, JOHN A. GERINGER, CHRISTOPHER A. LUCK, and KEITH E. RODE<br><br>    Defendants<br><br>    and<br><br>GLR GROWTH FUND, L.P.,<br>    Relief Defendant. | Case No. CV12-2663 (LHK)<br><br>**JOINT STIPULATION FOR STAY OF CIVIL PROCEEDINGS** |

The parties hereby stipulate and agree that:

1. On May 24, 2012, the Securities and Exchange Commission ("Commission") filed an action against John A. Geringer, GLR Capital Management, LLC ("GLR Capital"), Geringer, Luck & Rode LLC, and GLR Advisors, LLC ("GLR Advisors") alleging violations of the federal securities laws and also named GLR Growth Fund L.P. as a relief defendant. On October 1, 2012, Defendant Geringer filed a document titled Response to Securities and Exchange Commission's Complaint as to

1. Defendants GLR Capital Management, LLC[,] GLR Advisors, LLC, John A. Geringer and Relief Defendant GLR Growth Fund, L.P. (Dkt. 38). On November 7, 2012, the Court ordered Defendants GLR Capital and GLR Advisors and the Relief Defendant to obtain counsel and to file notices of appearance by January 15, 2013. (Dkt. 43). Defendant Geringer filed a notice on January 15, 2013 informing the Court that Defendants GLR Capital and GLR Advisors and the Relief Defendant were unable to obtain counsel. (Dkt. 48). As Defendants GLR Capital and GLR Advisors and Relief Defendant GLR Growth Fund, L.P. have failed to plead or otherwise defend, they are in default.

2. Defendant Geringer, Luck & Rode LLC was dissolved on May 10, 2012. On December 21, 2012, the Commission filed a Notice of Voluntary Dismissal of Defendant Geringer, Luck & Rode LLC. (Dkt. 44).

3. On November 7, 2012, the Court held an initial case management conference with the Commission and Defendant Geringer. (Dkt. 43). The Court issued an order setting deadlines for fact and expert discovery, dispositive motions and a trial date.

4. On January 23, 2013, the Commission filed its Amended Complaint adding Defendants Christopher A. Luck and Keith E. Rode. Defendants Luck and Rode filed Answers to the Complaint on February 5, 2013 in which they asserted their Fifth Amendment rights not to be witnesses against themselves.

5. On December 19, 2012, a Grand Jury indicted Geringer, Luck and Rode in the case captioned United States of America v. John Geringer, Christopher Luck and Keith Rode, Case No. CR 12 00888 LHK. The indictment alleges securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. § 240.10b-5 and 240.10b5-2, wire fraud in violation of 18 U.S.C. § 1343, and mail fraud in violation of 18 U.S.C. § 1341, among other violations. The U.S. Attorney's Office filed a Notice of Related Case and on January 23, 2012, this Court ordered that the cases were related. (Dkt. 53). Both cases are now before the Court.

6. The Commission, at the request of Defendants Luck and Rode, and with the concurrence of Defendant Geringer, have agreed, subject to this Court's approval, to a stay of this civil action including discovery for six months from the date of entry of the Court's Order and to vacate all current deadlines and trial date. Provided, however, that the parties shall remain free to

1 | engage in settlement discussions to resolve, in whole or in part, the civil action, file motions and
2 | other matters relating to settlement (such as consents to judgment and proposed judgments), and
3 | apply to the Court for orders relating to settlements, and that the Commission is free to file motions
4 | with this Court, if necessary, to enforce compliance with all previous orders of this Court.

5 |     7.    The parties agree that the length of this stay can only be shortened or extended upon
6 | further order of this Court.

7 |
8 | Dated: February 12, 2013                  Respectfully submitted,

*[signature]*

Robert J. Durham
Attorney for Plaintiff
Securities and Exchange Commission

February 12, 2013

_____
John A. Geringer, *Pro Se*

February 12, 2013

_____
Christopher A. Luck, *Pro Se*

February 12, 2013

_____
Keith E. Rode, *Pro Se*

engage in settlement discussions to resolve, in whole or in part, the civil action, file motions and other matters relating to settlement (such as consents to judgment and proposed judgments), and apply to the Court for orders relating to settlements, and that the Commission is free to file motions with this Court, if necessary, to enforce compliance with all previous orders of this Court.

7. The parties agree that the length of this stay can only be shortened or extended upon further order of this Court.

Dated: February 12, 2013

Respectfully submitted,

_____
Robert J. Durham
Attorney for Plaintiff
Securities and Exchange Commission

February 12, 2013

_____
John A. Geringer, *Pro Se*

February 12, 2013

_____
Christopher A. Luck, *Pro Se*

February 12, 2013

_____
Keith E. Rode, *Pro Se*

1. engage in settlement discussions to resolve, in whole or in part, the civil action, file motions and other matters relating to settlement (such as consents to judgment and proposed judgments), and apply to the Court for orders relating to settlements, and that the Commission is free to file motions with this Court, if necessary, to enforce compliance with all previous orders of this Court.

7. The parties agree that the length of this stay can only be shortened or extended upon further order of this Court.

Dated: February 12, 2013                    Respectfully submitted,

                                            *[signature]*
                                            Robert J. Durham
                                            Attorney for Plaintiff
                                            Securities and Exchange Commission


February 12, 2013

                                            John A. Geringer, *Pro Se*


February 12, 2013

                                            *[signature]*
                                            Christopher A. Luck, *Pro Se*


February 12, 2013

                                            Keith E. Rode, *Pro Se*

1 engage in settlement discussions to resolve, in whole or in part, the civil action, file motions and
2 other matters relating to settlement (such as consents to judgment and proposed judgments), and
3 apply to the Court for orders relating to settlements, and that the Commission is free to file motions
4 with this Court, if necessary, to enforce compliance with all previous orders of this Court.

5     7.     The parties agree that the length of this stay can only be shortened or extended upon
6 further order of this Court.

8 Dated: February 12, 2013     Respectfully submitted,

_____
Robert J. Durham
Attorney for Plaintiff
Securities and Exchange Commission

14 February 12, 2013

_____
John A. Geringer, *Pro Se*

17 February 12, 2013

_____
Christopher A. Luck, *Pro Se*

20 February 12, 2013

_____
Keith E. Rode, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, JOHN A. GERINGER, CHRISTOPHER A. LUCK, and KEITH E. RODE<br><br>        Defendants<br><br>    and<br><br>GLR GROWTH FUND, L.P.,<br>        Relief Defendant. | Case No. CV12-2663 (LHK)<br><br>[~~PROPOSED~~] ORDER FOR STAY OF CIVIL PROCEEDINGS |

Having reviewed the parties' Joint Stipulation for Stay of Civil Proceedings and considered the records and files herein, IT IS HEREBY ORDERED:

1. That all further proceedings and timelines in this case are stayed for six months from the date of entry of this Order, provided the parties shall remain free to engage in settlement discussions to resolve, in whole or in part, the civil action, file motions and other matters relating to

settlement (such as consents to judgment and proposed judgments), apply to the Court for orders relating to settlements, and that the Commission is free to file motions with this Court, if necessary, to enforce compliance with all previous orders of this Court;

    2. That the parties will not engage in civil discovery during the stay;

    3. That this stay may only be shortened or extended by further order of this Court.

IT IS SO ORDERED. The Clerk shall administratively close the file.

DATED this __13__ day of __February__, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge