1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, JOHN A. GERINGER, CHRISTOPHER A. LUCK, and KEITH E. RODE<br><br>    Defendants<br><br>  and<br><br>GLR GROWTH FUND, L.P.,<br>    Relief Defendant. | Case No. 12-CV-02663-LHK<br><br>**ORDER RE MOTION TO SEAL** |

21      The Court, having considered the Administrative Motion to Seal Defendants' Memorandum
22  in Opposition to Plaintiff's Motion for Appointment of Receiver ("Motion"), ECF No. 86, filed by
23  Defendants John A. Geringer, Christopher A. Luck, and Keith E. Rode ("Defendants") and the
24  Response thereto filed by Plaintiff Securities and Exchange Commission ("Commission"), ECF
25  No. 87, hereby ORDERS:
26      (1) That within 3 days of this Order, the Defendants shall serve on the Commission,
27          pursuant to Local Civil Rule 79-5 and 7-11, the documents that the Defendants are
28

1

seeking to file under seal;

(2) That the Commission shall file any opposition or support for the Motion no later than 4 business days after the Commission's receipt of such documents;

(3) That the Commission will be permitted to file an additional Reply within 7 days of the filing of Defendants' Opposition to Plaintiff's Motion for Appointment of Receiver.

**IT IS SO ORDERED.**

Dated: June 24, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 12-CV-02663-LHK
ORDER RE MOTION TO SEAL

2