MICHAEL S. DICKE (Cal. Bar No. 158178)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC, JOHN A. GERINGER, CHRISTOPHER A. LUCK and KEITH E. RODE<br><br>Defendants<br><br>and<br><br>GLR GROWTH FUND, L.P.,<br>Relief Defendant. | Case No. CV12-2663 LHK (HL)<br><br>**STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF SETTLEMENT CONFERENCE AND REQUEST TO VACATE SETTLEMENT CONFERENCE SCHEDULED FOR JULY 26, 2013** |

1  WHEREAS the Court has set a deadline for completion of a settlement conference before the Honorable Howard R. Lloyd of July 31, 2013 (Dkt. 75);

WHEREAS the parties are currently scheduled to appear before Magistrate Judge Lloyd for a settlement conference on July 26, 2013 and submit settlement conference statements and confidential settlement letters on July 19, 2013 (Dkt. 81);

WHEREAS on December 19, 2012, a Grand Jury indicted John Geringer, Christopher Luck and Keith Rode in the case captioned *United States of America v. John Geringer, Christopher Luck and Keith Rode*, Case No. CR 12 00888 LHK.  The U.S. Attorney's Office filed a Notice of Related Case and on January 23, 2013, this Court ordered that the cases were related.  (Dkt. 53).  Both cases are now before the Court;

WHEREAS on February 12, 2013, in light of the criminal case, the Securities and Exchange Commission ("Commission"), at the request of defendants Luck and Rode, and with the concurrence of defendant Geringer, stipulated to a stay of the Commission's case;

WHEREAS on February 13, 2013, the Court ordered a six month stay of the case with the provision that the parties were free to engage in settlement discussions to resolve the civil action (Dkt. 73);

WHEREAS the Commission's case has been stayed in order to accommodate the parallel criminal case, and the Court will be addressing scheduling in the criminal case on July 24, 2013, which will influence timing in the Commission's case, the parties request that the Court extend the deadline for completion of a settlement conference.

THEREFORE, the Commission and defendants stipulate and agree, and ask the Court to adopt as its order the following:

The deadline for completion of a settlement conference before the Honorable Howard R. Lloyd of July 31, 2013 is hereby extended to February 13, 2014.

1  The date for the currently scheduled settlement conference of July 26, 2013, and the date for
2  the submission of settlement conference statements and confidential settlement letters of July 19,
3  2013 are hereby vacated.

4  IT IS SO STIPULATED.

5  Dated: July 16, 2013

6            /s/ Robert J. Durham
          Robert J. Durham
7            Attorney for Plaintiff
          Securities and Exchange Commission

8

9  Dated: July 16, 2013

10            /s/ John A. Geringer
          John A. Geringer. *Pro Se*

11  Dated: July 16, 2013

12            /s/ Christopher A. Luck
13            Christopher A. Luck, *Pro Se*

14  Dated: July 16, 2013

15            /s/ Keith E. Rode
          Keith E. Rode, *Pro Se*

16

17  The Commission's counsel of record, Robert J. Durham, hereby attests that John A. Geringer,
18  Christopher A. Luck and Keith E. Rode concur in the filing of this Stipulation to Continue Deadline
19  for Completion of Settlement Conference and Request to Vacate Settlement Conference Scheduled
20  for July 26, 2013 in accordance with Civil Local Rule 5-1.

21  PURSUANT TO STIPULATION, IT IS SO ORERED.

22

23  DATED: __July 22_____, 2013
24

25

26

27            *Lucy H. Koh*
          Lucy H. Koh
28            United States District Judge