**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) CASE NO.:  CV12-2663(LHK) |
| vs. | ) ) |
| GLR CAPITAL MANAGEMENT, LLC, GLR ADVISORS, LLC,  JOHN A. GERINGER, CHRISTOPHER A. LUCK, and KEITH E. RODE | ) ) ) **{PROPOSED} ORDER GRANTING** ) **DEFENDANTS' MOTION FOR** ) **CONTINUANCE OF STAY OF CIVIL** |
| Defendants. | ) **PROCEEDINGS** [MODIFIED] ) |
| and | ) ) |
| GLR GROWTH FUND, L.P. | ) ) |
| Relief Defendant. | ) ) |

1  Having considered the motion of Defendants John A. Geringer, Christopher A. Luck and
2  Keith E. Rode for a six month extension to the Stay Order in this civil case to February 13, 2014
3  due to the continuation of discovery in the related criminal case still pending before the Court.
4  This request for extension includes discovery for six months from the date of entry of the Court's
5  Order and to vacate all current deadlines and trial dates. Provided; however, that the parties shall
6  remain free to engage in settlement discussions to resolve, in whole or in part, the civil action,
7  file motions and other matters relating to settlement (such as consents to judgment and proposed
8  judgments), and apply to the Court for orders relating to settlements, and that both parties are
9  free to file motions with this Court, if necessary, to enforce compliance with all previous orders
10 of this Court.

It is ORDERED that the motion by Defendants John A. Geringer, Christopher A. Luck
and Keith E. Rode to ~~extent~~ extend the Stay Order in this civil action for six months shall be Granted.

IT IS SO ORDERED.

Dated: July  24 , 2013

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

{~~PROPOSED~~} ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE          CV12-2663(LHK)