UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLR CAPITAL MANAGEMENT, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  5:12-cv-02663-EJD<br><br>**STATUS CONFERENCE ORDER** |

On March 12, 2015, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference. Based on a review of the action and the discussions held at the conference, the court orders as follows:

1. As indicated at the hearing, the stay originally ordered on February 13, 2013 (Docket Item No. 73) is DISSOLVED. The Clerk shall administratively re-open this file.

2. Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur at **9:30 a.m. on April 2, 2015.** The hearing before the undersigned on Plaintiff's Motion to Reappoint the Special Master (Docket Item No. 180) will remain scheduled for 10:00 a.m. but will trail the settlement conference.

**IT IS SO ORDERED.**

Dated: March 12, 2015

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>GLR CAPITAL MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No.  5:12-cv-02663-EJD<br>Case No.  5:13-cv-01290-EJD<br><br>**CERTIFICATE OF SERVICE** |
| LYNN BRIDGES, et al<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN GERINGER, et al<br><br>Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/12/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher A Luck
4 Sterling Lane
Scotts Valley, CA 95066

John Arnold Geringer
GLR Advisors
P.O. Box 67417
Scotts Valley, CA 95067

Keith Everts Rode
7163 South Cambridge Drive
Franklin, WI 53132

Dated: 3/12/2015

Richard W. Wieking
Clerk, United States District Court

By: Elizabeth C Garcia
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA