IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAF STRUDLY, et al., <br><br> Plaintiff, <br><br> v. <br><br> SANTA CRUZ COUNTY BANK, et al., <br><br> Defendant. | No. C 15-5106 CRB <br><br> **ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

In reviewing the Complaint (dkt. 1), it has come to the Court's attention that this case likely relates to <u>SEC v. GLR Capital Management, LLC</u>, No. C 12-02663 EJD (N.D. Cal.). As a result, this action is REFERRED to the Honorable Judge Edward J. Davila under Rule 3-12(c) for a determination of whether this action is related to <u>SEC v. GLR Capital Management, LLC</u>, No. C 12-02663 EJD (N.D. Cal.).

**IT IS SO ORDERED.**



Dated: November 18, 2015

CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE