1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

GLR CAPITAL MANAGEMENT, LLC, et
al.,

Defendants.

Case No.  5:12-cv-02663-EJD

**CASE MANAGEMENT CONFERENCE
ORDER**

On November 5, 2015, the court held a case management conference in the above-entitled

action, at which Plaintiff Securities and Exchange Commission ("SEC") and the Special Master

appeared.  Based on a review of the action and the discussions held at the conference, the court

orders as follows:

1.      As stated at the conference, the hearings and deadlines provided in the Case

Management Order filed on August 3, 2015, are VACATED.

2.      A Further Case Management Conference is scheduled for **10:00 a.m. on February

25, 2016.**  On or before **February 18, 2016,** the SEC shall file an updated case management

statement which provides, inter alia, an update on whether it has obtained authority to dismiss the

remaining defendants.  On or before that same date, the Special Master shall file a statement which

provides, inter alia, (1) the details of a plan to transition his position to a member of the Investors

1
Case No.: 5:12-cv-02663-EJD
CASE MANAGEMENT CONFERENCE ORDER

1    Steering Committee or explains why such a plan is not feasible, and (2) an update on the

2    completion of new loan documents.

3

4           **IT IS SO ORDERED.**

5    Dated:  November 25, 2015

6                                                    _____

7                                                    EDWARD J. DAVILA
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No.: 5:12-cv-02663-EJD
CASE MANAGEMENT CONFERENCE ORDER