1  JINA L. CHOI (Admitted to the New York Bar)
   SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
2     ocallaghans@sec.gov
   ROBERT J. DURHAM (Admitted to the New York Bar)
3     durhamr@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2800
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GLR CAPITAL MANAGEMENT, LLC,<br><br>　　　　Defendant<br><br>　　and<br><br>GLR GROWTH FUND, L.P.,<br><br>　　　　Relief Defendant. | Case No. 12-CV-2663 (EJD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GLR CAPITAL MANAGEMENT, LLC AND RELIEF DEFENDANT GLR GROWTH FUND, L.P.** |

NOTICE OF VOLUNTARY DISMISSAL                                                                 CV12-2663 (EJD)

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Securities and Exchange
2    Commission ("Commission") hereby voluntarily dismisses with prejudice its action against
3    Defendant GLR Capital Management, LLC ("GLR Capital") and Relief Defendant GLR Growth
4    Fund, L.P. ("Fund").  Rule 41(a)(1) permits a plaintiff to dismiss claims voluntarily where, as here,
5    the opposing party has not served an answer or a motion for summary judgment.

6    The Commission brought this action on May 24, 2012 alleging that GLR Capital served as the
7    general partner of the Fund, a private investment fund, and violated certain provisions of the federal
8    securities laws in connection with its operation of the Fund (ECF No. 1).  GLR Capital is now
9    defunct.  On January 21, 2016, the Court ordered that a new corporation become the general partner
10   of the Fund.  (ECF No. 257).  In light of this, the Commission now voluntarily dismisses with
11   prejudice the claims pending against GLR Capital and the Fund.

Dated:  March 18, 2016              /s/ Robert J. Durham
                                    Robert J. Durham
                                    Attorney for Plaintiff
                                    Securities and Exchange Commission