GREGORY STERLING
15700 Winchester Blvd.
Los Gatos, CA 95030
Telephone: (408) 354-9797
Facsimile: (408) 354-9787

Special Master, in Propria Persona

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GLR CAPITAL MANAGEMENT, LLC; GLR ADVISORS, LLC; JOHN A. GERINGER; CHRISTOPHER A. LUCK; and KEITH E. RODE,<br><br>　　　　　　Defendants,<br>And<br><br>GLR GROWTH FUND, L.P.,<br><br>　　　　　　Relief Defendant. | Case No:   CV12-02663 (EJD)<br><br><u>**AMENDED**</u> **(PROPOSED) ORDER**<br><br><br><br>**HEARING**:<br><br>DATE:　　　　February 25, 2015<br>TIME:　　　　10:00 a.m.<br>COURTROOM:　4<br><br>**Honorable Edward J. Davila** |

　　　The Court, having reviewed the Special Master's Report No. 5, and evidence and proof having been made to the satisfaction of the Court, the Court hereby rules as follows:

　　　1. IT IS HEREBY ORDERED that upon entry of this Order, GLR Capital Management, LLC, is hereby removed as General Partner of GLR Growth Fund, L.P.

　　　2. IT IS HEREBY ORDERED that upon entry of this Order, R-3 Management, Inc., is hereby appointed as General Partner for GLR Growth Fund, L.P.

3. IT IS HEREBY ORDERED that any two members of the Board of Directors of R-3 Management, Inc. shall have signature authority over all cash accounts that are the property of GLR Growth Fund, L.P.

4. IT IS HEREBY ORDERED that the freeze on all monies and assets in all accounts at banks holding accounts in the name or for the benefit of GLR Growth Fund, L.P., ordered June 12, 2012 (ECF No. 15 at ¶ VI), is hereby lifted.

5. IT IS HEREBY ORDERED that the requirement that the general partner of the GLR Growth Fund, L.P. provide Plaintiff Securities and Exchange Commission with notice before dealing in any asset of the GLR Growth Fund, L.P., ordered June 12, 2012 (ECF No. 15 at ¶ VII), is hereby lifted.

A separate order will issue addressing the Special Master's Motion for fees and expenses.

DATED: May 2, 2016

THE HONORABLE EDWARD J. DAVILA
United States District Judge